JS-6

FILED
CLERK, U.S. DISTRICT COURT
12/9/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO, | Case No. CV 19-7433 FMO (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| GINZA RAMEN, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed.

Dated this 9th day of December, 2019.

/s/
Fernando M. Olguin
United States District Judge